(7clswod) 12/15

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| In Re: | CHAPTER 7<br>Bankruptcy No. |
| David Eugene Yuska | 14–01504 |
| Debtor(s) |  |

## NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the case for has been closed without entry of discharge as **the Official Form 423, Certification About a Financial Management Course has not been filed.**

|  |  |
|---|---|
|  | MEGAN R. WEISS<br>Clerk, Bankruptcy Court<br>by:<br><br>*/s/ Theresa J. Stoelman*<br> |
| Date: June 4, 2020 | Deputy Clerk<br>United States Bankruptcy Court<br>Northern District of Iowa<br>111 Seventh Avenue SE Box 15<br>Cedar Rapids, IA 52401–2101<br>319–286–2200 |